**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID P. RASSEL, II,

    Plaintiff,

v.                                                                                  Case No. 8:24-cv-01883

EQUIFAX INFORMATION SERVICES, LLC and
TRANSUNION, LLC,

    Defendants.
_____/

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DAVID P. RASSEL, II, and the Defendants, EQUIFAX INFORMATION SERVICES, LLC and TRANSUNION, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 20, 2025                                           Respectfully Submitted,

**DAVID P. RASSEL, II**                                           **TRANSUNION, LLC**
*/s/Alexander J. Taylor*                                              */s/ Jennifer L. Nairn*
Alexander J. Taylor, Esq.                                          Jennifer L. Nairn
*Counsel for Plaintiff*                                                   *Counsel for Defendant*
Sulaiman Law Group, LTD                                       jennifer.nairn@bipc.com
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 Ext .180
Fax: (630) 575-8188
ataylor@sulaimanlaw.com

**EQUIFAX INFORMATION SERVICES, LLC**
*/s/ Paige Vacante*
Paige Vacante
*Counsel for Defendant*
PVacante@seyfarth.com

### CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/Alexander J. Taylor*
Alexander J. Taylor